**PRCHOU, LLC**
**Payment Spreadsheet**
**as of June 26, 2024**

### 56 Airline/Montrose Boost Contract 7022000111 Work Authorization #1 7122001390 For Segment #2 of Route 56
**Bond Number: 107521472**

| Claim Num | Payee | Trans Type | Check No | Check Date | Amount |
|---|---|---|---|---|---|
| 092-SC-T2306833-RG | St. Paul Travelers, Claim | Employee Travel | | | $1,018.75 |
| 092-SC-T2306833-RG | Brian Smith Construction and Inspection, | CAPTIS Check | 2119002 | 2023/09/14 | $11,518.20 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2121439 | 2023/10/06 | $9,951.00 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2121440 | 2023/10/06 | $15,280.00 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2130002 | 2024/01/02 | $6,692.00 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2130003 | 2024/01/02 | $10,243.00 |
| 092-SC-T2306833-RG | Texas Concrete Enterprises Ready Mix, In | CAPTIS Check | 2134293 | 2024/02/08 | $8,460.00 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2136650 | 2024/03/04 | $124.00 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2136651 | 2024/03/04 | $279.00 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2136652 | 2024/03/04 | $279.00 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2139916 | 2024/04/03 | $2,740.00 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2139917 | 2024/04/03 | $5,544.00 |
| 092-SC-T2306833-RG | Bains Law PLLC | Auto Check | 2146121 | 2024/06/03 | $562.00 |
| 092-SC-T2306833-RG | Cole Investigative Agency | CAPTIS Check | 2146610 | 2024/06/06 | $4,095.19 |
| 092-SC-T2306833-RG | Metropolitan Transit Authority of Harris | CAPTIS Check | 2148424 | 2024/06/24 | $605,200.00 |

**$681,986.14**

### 56 Airline/Montrose Boost Construction Contract 7022000111 Work Authorization #2 PO 7122001517
**Bond Number: 107629723**

| Claim Num | Payee | Trans Type | Check No | Check Date | Amount |
|---|---|---|---|---|---|
| 092-SC-T2307247-RG | Leftamo Construction LLC | CAPTIS Check | 2116307 | 2023/08/18 | $24,661.00 |
| 092-SC-T2307247-RG | Montgomery Heavy Equipment | CAPTIS Check | 2116319 | 2023/08/18 | $21,404.21 |
| 092-SC-T2307247-RG | Houston Crushed Concrete, LLC | CAPTIS Check | 2117151 | 2023/08/28 | $4,672.11 |
| 092-SC-T2307247-RG | Concrete Pros Ready Mix | CAPTIS Check | 2117465 | 2023/08/31 | $79,334.00 |
| 092-SC-T2307247-RG | Prchou, LLC | Misc. Credit | | 2023/09/29 | ($24,661.00) |
| 092-SC-T2307247-RG | Prchou, LLC | Misc. Credit | | 2023/09/29 | ($21,404.21) |
| 092-SC-T2307247-RG | Metropolitan Transit Authority of Harris | CAPTIS Check | 2148425 | 2024/06/24 | $1,094,800.00 |

**$1,178,806.11**

### Construction of Bike Path and Sidewalk Improvements Along Red Line on Cavalcade Street

| Claim Num | Payee | Trans Type | Check No | Check Date | Amount |
|---|---|---|---|---|---|
| 092-SC-T2311169-RG | CMC Construction Services | CAPTIS Check | 2138988 | 2024/03/25 | $5,488.83 |

**$5,488.83**

**Total Paid to Date:** **$1,866,281.08**