**In the United States District Court**
**For the Southern District of Texas**
**Houston Division**

| | |
|---|---|
| **Travelers Casualty and Surety Company of America,** Plaintiff, <br><br> v. <br><br> **PRCHOU, LLC, Mukadas D. Kurban, Apar Pataer, Abdul R. Dawood, and Maria E. Dawood** Defendants. | Case No. 4:24-cv-00796 |

## Unopposed Motion for Enlargement of Time

Defendants file this Unopposed Motion for Enlargement of Time to request a one-week extension of the deadline for Defendants to file their answers to Plaintiff's amended complaint.

This Motion is being sought as a result of Hurricane Beryl. Defendants and their counsel remain without power and have only limited internet access. The one-week extension would provide the time needed for the parties to prepare and file appropriate answers to the amended complaint. The proposed new deadline is July 19, 2024.

Counsel for Plaintiff, Brandon Baines, stated that Plaintiff is unopposed to this Motion and the relief requested herein.

For the reason stated above, Defendants respectfully request that the Court extend Defendants deadline to answer Plaintiff's amended complaint to July 19, 2024. Defendants also request all other relief to which they are justly entitled.

Respectfully Submitted,

**Meade Neese & Barr LLP**

*/s/ D. John Neese, Jr.*
D. John Neese, Jr.
State Bar No. 24002678
Samuel B. Haren
State Bar No. 24059899
2118 Smith Street
Houston, Texas 77002
(713) 355-1200
jneese@mnbllp.com
sharen@mnbllp.com

**Attorneys for Defendants Abdul R. Dawood and Maria E. Dawood**

**The Tammy Tran Law Firm**

/s/ *Minh-Tam Tran*
Minh-Tam (Tammy) Tran
Texas Bar No. 20186400
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (832) 372-4403
Email: ttran@tt-lawfirm.com

**Attorneys Defendants PRCHOU, LLC, Mukadas D. Kurban, and Apar Pataer**

**Certificate of Conference**

    Counsel for Plaintiff indicated that he is unopposed to the relief requested herein - specifically, a one-week extension of Defendants' answer deadline to July 19, 2024.

                                                  */s/ D. John Neese, Jr.*
                                                  D. John Neese, Jr.

**Certificate of Service**

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by electronic service on July 12, 2024.

                                                  */s/ D. John Neese, Jr.*
                                                  D. John Neese, Jr.