In the United States District Court
For the Southern District of Texas
Houston Division

| | |
|---|---|
| **Travelers Casualty and Surety Company of America,** Plaintiff, <br><br> v. <br><br> **PRCHOU, LLC, Mukadas D. Kurban, Apar Pataer, Abdul R. Dawood, and Maria E. Dawood** Defendants. | Case No. 4:24-cv-00796 |

**Order Granting Unopposed Motion for Enlargement of Time**

The Court finds that Defendants' Unopposed Motion for Enlargement of Time to file their answers to Plaintiff's amended complaint should be GRANTED. It is therefore

ORDERED that the new deadline for Defendants to file their answers to Plaintiff's amended complaint is hereby extended to July 19, 2024.

Signed on _____ 2024, at Houston, Texas

_____
Hon. Kenneth M. Hoyt
United States District Judge