IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA  *Plaintiff,* | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-796 |
| PRCHOU, LLC; MUKADAS D. KURBAN; APAR PATAER; ABDUL R. DAWOOD; and MARIA E. DAWOOD  *Defendants*. | § § § § § | |

## DEFENDANTS'/COUNTER-PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNTERCLAIMS WITHOUT PREJUDICE

Defendants/Counter-Plaintiffs, PRCHOU, LLC, MUKADAS D. KURBAN, APAR PATAER, ABDUL R. DAWOOD, and MARIA E. DAWOOD hereby notice their dismissal of their counterclaims for breach of contract, violation of the Texas Insurance Code, and breach of good faith and fair dealing in the above-styled and numbered case without prejudice.

DATED this 25th day of July 2024.        Respectfully submitted,

**Meade Neese & Barr LLP**

*/s/ D. John Neese, Jr.*
D. John Neese, Jr.
Texas Bar No. 24002678
Samuel B. Haren
Texas Bar No. 24059899
2118 Smith Street
Houston, Texas 77002
(713) 355-1200
jneese@mnbllp.com
sharen@mnbllp.com
**Attorneys for Defendants**
**Abdul R. Dawood and**
**Maria E. Dawood**

By: */s/ Minh-Tam Tran*
Minh-Tam (Tammy) Tran
THE TAMMY TRAN LAW FIRM
Texas Bar No. 20186400
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (832) 372-4403
Email: ttran@tt-lawfirm.com
*COUNSEL FOR DEFENDANTS*
*PRCHOU, LLC,*
*MUKADAS D. KURBAN, and*
*APAR PATAER*

## CERTIFICATE OF SERVICE

I, Minh-Tam Tran, hereby certify that on this 25th day of July 2024, I caused the foregoing to be served via the Court's ECF Filing System, and through that system, it will be served upon registered counsel by email.

*/s/ Minh-Tam Tran*
Minh-Tam Tran