United States District Court
Southern District of Texas
**ENTERED**
July 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § | |
| Plaintiff, | | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-00796 |
| PRCHOU, LLC, *et al.*, | § § § § | |
| Defendants. | | |

### ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The Court finds that the defendants' unopposed motion for enlargement of time to file their answers to the plaintiff's First Amended Complaint should be GRANTED (Dkt. No. 18).

It is, therefore, ORDERED that the new deadline for the defendants to file their answers to the plaintiff's First Amended Complaint is hereby extended to July 19, 2024.

It is so ORDERED.

SIGNED on July 26, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1