United States District Court
Southern District of Texas
**ENTERED**
July 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § | |
| Plaintiff, | | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-00796 |
| PRCHOU, LLC, *et al.*, | § § § § | |
| Defendants. | | |

### ORDER

The defendant's notice of withdrawal of counterclaims without prejudice (Dkt. No. 22) is Granted.

It is so ORDERED.

SIGNED on July 30, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge