IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND <br> SURETY COMPANY OF AMERICA <br>     *Plaintiff*, <br><br> v. <br><br> PRCHOU, LLC; MUKADAS D. KURBAN; <br> APAR PATAER; ABDUL R. DAWOOD; <br> and MARIA E. DAWOOD <br>     *Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. 4:24-cv-796 |

**ORDER GRANTING DEFENDANTS' UNOPPOSED VERIFIED
MOTION FOR ENLARGEMENT AND/OR EXTENSION OF TIME**

The Court finds that DEFENDANTS' UNOPPOSED VERIFIED MOTION FOR ENLARGEMENT AND/OR EXTENSION OF TIME to file their response to Plaintiff's Motion to Strike the Affirmative Defenses Pursuant to Rule 12(f) and Brief in Support should be GRANTED. It is therefore

ORDERED that the new deadline for Defendants to file their response to Plaintiff's Motion to Strike the Affirmative Defenses Pursuant to Rule 12(f) and Brief in Support is hereby extended to September 13, 2024.

Signed on _____, 2024, at Houston, Texas

                                                                                                            _____
                                                                                                             HON. KENNETH M. HOYT
                                                                                                             UNITED STATES DISTRICT JUDGE