IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA <br> Plaintiff, <br><br> v. <br><br> PRCHOU, LLC; MUKADAS D. KURBAN; APAR PATAER; ABDUL R. DAWOOD; and MARIA E. DAWOOD <br> Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 24-796 |

## NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES

Plaintiff, Travelers Casualty and Surety Company of America (the "Surety"), files this its Notice of No Opposition from the Defendants, PRCHOU, LLC; Mukadas D. Kurban; Apar Pataer; Abdul R. Dawood; and Maria E. Dawood (collectively, "Indemnitors"), to the Surety's Motion to Strike Affirmative Defenses.[1] In support, the Surety respectfully states as follows:

On August 9, 2024, the Surety filed a motion seeking to strike affirmative defenses asserted by the Indemnitors. Pursuant to Local Rule 7.4, the Indemnitors had until Friday, August 30, 2024, to file responsive briefing. *See also* Local Rule 7.3 (submission date is "21 days from filing without notice from the clerk."). The Indemnitors requested a 2-week extension on the deadline for a response, which was unopposed by the Plaintiff.[2] A 2-week extension made Friday, September 13, 2024, the deadline for any response in opposition.

---

1 Dkt. 25

2 Dkt. 26

**NOTICE OF NO OPPOSITION TO MOTION TO STRIKE AFFIRMATIVE DEFENSES**       Page 1

The Indemnitors have elected not to file a response in opposition to the motion of the Surety. Accordingly, under the local rules, "[f]ailure to respond to a motion will be taken as a representation of no opposition." Local Rule 7.4.

### REQUEST FOR RELIEF

For the foregoing reasons, the Surety requests that the Court grant its motion to strike the affirmative defenses of the Indemnitors, detailed further in docket entry No. 25. The Surety prays for such other and further relief, both at law and in equity to which it may be justly entitled.

Respectfully submitted,

**BAINS LAW PLLC**

By: */s/ Brandon K. Bains*
Brandon K. Bains – Attorney in Charge
State Bar No. 24050126
S.D. Texas Bar No. 711977
P.O. Box 559
Azle, TX 76098
Telephone: (214) 494-8097
brandon@bainslaw.com

**ATTORNEY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing has been served pursuant to Federal Rules of Civil Procedure upon the following counsel of record on this the 16th day of September, 2024:

Minh-Tam (Tammy) Tran
**THE TAMMY TRAN LAW FIRM**
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
832-372-4403
ttran@tt-lawfirm.com
***Counsel for PRCHOU, LLC, Mukadas D. Kurban, and Apar Pataer***

D. John Neese, Jr.
Texas Bar No. 24002678
Samuel B. Haren
Texas Bar No. 24059899
**MEADE NEESE & BARR LLP**
2118 Smith Street
Houston, Texas 77002
(713) 355-1200
jneese@mnbllp.com
sharen@mnbllp.com
***Counsel for Abdul R. Dawood and Maria E. Dawood***

                                                          */s/ Brandon K. Bains*
                                                          Brandon K. Bains