United States District Court
Southern District of Texas
**ENTERED**
September 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:24-CV-00796 |
| PRCHOU, LLC, *et al.*, | | |
| Defendants. | | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The Court finds that defendants' unopposed verified motion for enlargement and/or extension of time to file their response to the plaintiff's motion to strike the affirmative defenses Pursuant to Rule 12(f) and brief in support should be GRANTED (Dkt. No. 26).

It is, therefore,

ORDERED that the new deadline for the defendants to file their response to the plaintiff's Motion to Strike the Affirmative Defenses Pursuant to Rule 12(f) and Brief in Support is hereby extended to September 13, 2024.

It is so ORDERED.

SIGNED on September 25, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1