United States District Court
Southern District of Texas
**ENTERED**
October 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-00796 |
| § | |
| PRCHOU, LLC, *et al.*, § § § | |
| Defendants. § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON September 23, 2024 at 9:00 AM**

Appearances:      Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | March 30, 2025 |
| Report furnished by: | March 30, 2025 |
| Defendant's experts to be designated by: | April 30, 2025 |
| Report furnished by: | April 30, 2025 |
| Discovery to be completed by: | June 30, 2025 |
| Dispositive motions due by: | July 20, 2025 |
| Docket call to be held at 11:30 AM on: | October 6, 2025 |
| Estimated trial time: TBD | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on September 23, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge