IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>PRCHOU, LLC; MUKADAS D. KURBAN; APAR PATAER; ABDUL R. DAWOOD; and MARIA E. DAWOOD<br>    Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 24-796 |

## **FINAL JUDGMENT**

ON THIS DATE the Court considered the above-styled matter. After a review of the pleadings on file, it is decided that Plaintiff, Travelers Casualty and Surety of America. ("the Surety"), shall recover from and against, Defendants, PRCHOU, LLC; Mukadas D. Kurban; Apar Pataer; Abdul R. Dawood; and Maria E. Dawood, jointly and severally, as follows:

a)     Actual damages:     $1,907,367.33;

b)     Post-judgment interest at the statutory rate per annum from this date until the Judgment is fully paid;

c)     Costs of Court.

SIGNED and ENTERED this ____ day of _____, 2025.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE