IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA § § §<br>*Plaintiff*, § §<br>v. § CIVIL ACTION NO. 4:24-cv-796 § §<br>PRCHOU, LLC; MUKADAS D. KURBAN; § APAR PATAER; ABDUL R. DAWOOD; § and MARIA E. DAWOOD § *Defendants*. § | |

### SECOND AMENDED NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 11.3 of the United States District Court for the Southern District of Texas, please enter the appearance of Lloyd E. Kelley as counsel for only Defendants PRCHOU, LLC, MUKADAS D. KURBAN, and APAR PATAER, in the above-styled and numbered cause.

All notices, pleadings, and other papers should be served upon the undersigned.

LLOYD E. KELLEY
State Bar No. 11203180
4900 Fournace Place, Suite 500
Bellaire, Texas 77401
Telephone: 281-492-7766
kelley@lloydekelley.com

**NOTICE AND CLARIFICATION**: Please take notice that Lloyd E. Kelley <u>does not</u> represent ABDUL R. DAWOOD and MARIA E. DAWOOD and the Notice of Appearance of Counsel (Dkt. #21) was filed in error. As such, Lloyd E. Kelley respectfully requests that his name be removed as counsel of record for ABDUL R. DAWOOD and MARIA E. DAWOOD.

DATED this 1st day of July 2025.        Respectfully submitted,

/s/ *Lloyd E. Kelley*
LLOYD E. KELLEY
State Bar No. 11203180
Texas Justice Center
4900 Fournace Place, Suite 500
Bellaire, Texas 77401
Telephone: 281-492-7766
Telecopier: 281-652-5973
kelley@lloydekelley.com
*Counsel for PRCHOU, LLC,*
*MUKADAS D. KURBAN, and*
*APAR PATAER*

**CERTIFICATE OF SERVICE**

I, Lloyd Kelley, hereby certify that on this 1st day of July 2025, I caused the foregoing to be served via the Court's ECF Filing System, and through that system, it will be served upon registered counsel by email.

/s/ *Lloyd E. Kelley*
LLOYD E. KELLEY