**In the United States District Court**
**For the Southern District of Texas**
**Houston Division**

| | |
|---|---|
| **Travelers Casualty and Surety Company of America,** Plaintiff,<br><br>v.<br><br>**PRCHOU, LLC, Mukadas D. Kurban, Apar Pataer, Abdul R. Dawood, and Maria E. Dawood** Defendants. | Case No. 4:24-cv-00796 |

**Order Granting Unopposed Motion for Enlargement of Time**
**Re: Motion for Summary Judgment of Plaintiff and Brief in Support (Dkt. No. 31)**

The Court finds that Defendants' Unopposed Motion for Enlargement of Time Regarding Motion for Summary Judgment of Plaintiff and Brief in Support (Dkt. No. 31) should be GRANTED. It is therefore

ORDERED that: a) Defendants new deadline to file any response(s) to Plaintiff's motion for summary judgment (Dkt. No. 31) is July 14, 2025 and b) Plaintiff's new deadline to file any reply(ies) in support of its motion for summary judgment (Dkt. No. 31) is July 21, 2025.

Signed on _____ 2025, at Houston, Texas

_____
Hon. Kenneth M. Hoyt
United States District Judge