United States District Court
Southern District of Texas

**ENTERED**

July 25, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-00796 |
| PRCHOU, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## <u>ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT</u>

The Court has been informed that a settlement of this cause of action has been reached (Dkt. No. 38). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

It is so Ordered.

SIGNED on July 25, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge